

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**MATTHEW E. BECK**
mbeck@csglaw.com
(O) 973.530.2024
(F) 973.530.2224

March 26, 2021

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

    Re:    Securities & Exchange Commission v. Airborne Wireless Network
            Docket No. 1:21-cv-01772 (CM)
            **FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND**
            **TO COMPLAINT - WITH CONSENT**

Dear Judge McMahon:

      We represent Defendant Eric Scheffey in the above-referenced matter.  We write to request a one-month extension to the time to answer or otherwise plead in the above-captioned case.  The extension would move the deadline from April 1, 2021 to May 3, 2021.  Plaintiff's counsel has agreed to the requested extension.

      The extension is warranted because Dr. Scheffey is presently traveling and is still in the process of engaging lead counsel, who will need time to review and formulate a response to the allegations in the complaint.  Additionally, the extension will align Dr. Scheffey's deadline with the deadline applicable to other defendants, which should help to avoid duplicative pleadings, motions, and/or hearings.

                                                            Respectfully,

                                                            *Matthew E. Beck*

                                                             Matthew E. Beck

MB:ljb