UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

AIRBORNE WIRELESS NETWORK, *et al.*,

        Defendants,

Civil Action No. 1:21-cv-01772

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2021

[~~PROPOSED~~] ORDER

Upon consideration of the Motion to Withdraw the Appearance of Stephan Schlegelmilch as counsel for the Securities and Exchange Commission:

IT IS ORDERED that the Motion is GRANTED, and Stephan Schlegelmilch is WITHDRAWN as attorney for plaintiff Securities and Exchange Commission. Plaintiff will continue to be represented in this matter by its remaining counsel of record.

**SO ORDERED.**

DATED: _____11/18_____, 2021

*[signature]*
UNITED STATES DISTRICT JUDGE

-1-