UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

-against-                                      21 **CIVIL** 1772 (CM)

AIRBORNE WIRELESS NETWORK, et al.,          **JUDGMENT**

                 Defendants,

        -and-

TIM KABILAFKAS, in his capacity as trustee of the
TIM KABILAFKAS REVOCABLE TRUST
DATED JULY 24, 2001, AND MAGDALINE
KABILAFKAS, in her capacity as trustee of the
MAGDALINE KABILAFKAS 1989 TRUST
DATED MAY 27, 1989,

                 Relief Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 12, 2023, Plaintiff's motion for summary judgment is GRANTED. Defendants' motion for summary judgment is DENIED. The Clerk of Court respectfully removed Dkt. Nos. 184, 186, 188, 194, and 196 from this court's list of open motions and closed the file.

**Dated:** New York, New York

      September 12, 2023

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                             **BY:**
                                                                **Deputy Clerk**