UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     -against-<br><br>AIRBORNE WIRELESS NETWORK, KALISTRATOS KABILAFKAS (also known as Kelly Kabilafkas, also known as Mark McKinney), TIMOLEON KABILAFKAS (also known as Tim Kabilafkas), CHRYSILIOS CHRYSILIOU, PANAGIOTIS BOLOVIS, JACK EDWARD DANIELS, ERIC SCHEFFEY, AND MOSHE RABIN,<br><br>                    Defendants,<br><br>     -and-<br><br>TIMOLEON KABILAFKAS, in his capacity as trustee of the TIM KABILAFKAS REVOCABLE TRUST DATED JULY 24, 2001, AND MAGDALINE KABILAKFAS, in her capacity as trustee of the MAGDALINE KABILAFKAS 1989 TRUST DATED MAY 27, 1989 (also known as the Magdaline Kabilafkas Revocable Trust),<br><br>                    Relief Defendants. | 21 Civ. 01772 (CM) |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Kalistratos Kabilafkas hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on September 12, 2023 (Dkt No. 239) as well as all orders encompassed therein.

- 1 -

- 2 -

Dated:  September 18, 2023                    **REED SMITH LLP**

                                              By: */s/ Mark E. Bini*
                                              Mark E. Bini
                                              Charles P. Hyun (pro hac vice)
                                              599 Lexington Avenue
                                              New York, New York 10022
                                              Telephone: (212) 521-5400
                                              Facsimile: (212) 521-5450

                                              *Attorneys for Kalistratos Kabilafkas*