UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :

                               Plaintiff,    :    21-cv-1772 (CM)

   -against-    :

AIRBORNE WIRELESS NETWORK, et al.,    :    NOTICE OF APPEAL

                            Defendants,    :

   -and-    :

TIMOLEON KABILAFKAS, etc.,    :

                            Relief Defendants.    :
-----------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Defendant Airborne Wireless Network hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on September 12, 2023 (Dkt. No. 239) as well as all orders encompassed therein.

Dated:  New York, New York
          September 25, 2023

                                              SHER TREMONTE LLP

                                              By: /s/ Robert Knuts_____
                                                   Robert Knuts

                                              90 Broad Street, 23rd Floor
                                              New York, NY 10004
                                              (212) 202-2638
                                              (212) 202-4156 (fax)
                                              rknuts@shertremonte.com