21-cv-1772(CM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-three.

Before:     Myrna Pérez,
                *Circuit Judge,*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2023
```

Securities and Exchange Commission,

       Plaintiff - Appellee,

v.

Kalistratos Kabilafkas, et al.,

       Defendants - Appellants,

Timoleon Kabilafkas, in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July 24, 2001, et al.,

       Relief-Defendants-Appellants.

**ORDER**

Docket Nos. 23-1285(L), 23-1288(Con), 23-1326(Con), 23-1327(Con), 23-1333(Con)

Appellant Kalistratos Kabilafkas and Timoleon Kabilafkas request that the Court stay these consolidated appeals pending the completion of district court proceedings on remedies. This motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants are directed to submit status update letters every 30 days regarding the status of the district court proceedings.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10-19-2023