# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:21-cv-01772-CM

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

_____

Securities and Exchange Commission,

    Plaintiff - Appellee,

v.

Kalistratos Kabilafkas, AKA Kelly Kabilafkas, AKA Mark McKinney, Airborne Wireless Network, Jack Edward Daniels,

    Defendants - Appellants,

Timoleon Kabilafkas, in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July 24, 2001, AKA Tim Kabilafkas, Magdaline Kabilafkas, in her capacity as trustee of the Magdaline Kabilafkas 1989 Trust Dated May 27, 1989, agent of Magdaline Kabilafkas Revocable Trust,

    Relief-Defendants-Appellants.

_____

**ORDER**

Docket Nos. 23-1285(L),
               23-1288(Con),
               23-1326(Con),
               23-1327(Con),
               23-1333(Con),
               24-3191(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2024

IT IS HEREBY ORDERED that that the appeal under docket number 24-3191 is held in abeyance pursuant to the Court's October 19, 2023 order. *See* Docket No. 23-1285, entry 67.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12-18-2024