**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                            Plaintiff,

    -against-                                                    21 **CIVIL** 1772 (CM)

**JUDGMENT**

AIRBORNE WIRELESS NETWORK, et al.,
                            Defendant.

TIM KABILAFKAS, in his capacity as trustee of
the TIM KABILAFKAS REVOKABLE TRUST
DATED JULY 24, 2001, AND MAGDALINE
KABILAFKAS, in her capacity as trustee of the
MAGDALINE KABILAFKAS 1989 TRUST
DATED MAY 27, 1989,
                            Relief Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 14, 2025, SEC's motion for the entry of judgment pursuant to Fed. R. Civ. P. 54(b) granted and final judgment is entered in favor of Plaintiff and against Defendants Airborne Wireless Network, Kalistratos Kabilafkas, Timoleon Kabilafkas, and Relief Defendants Timoleon Kabilafkas (in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July 24, 2001) and Magdaline Kabilafkas (in her capacity as trustee of the Magdaline Kabilafkas 1989 Trust Dated May 27, 1989) on the terms set forth in the Court's November 26, 2024 Order. See Dkt. No. 280.

**Dated:**  New York, New York

             January 15, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** _____

**Deputy Clerk**