**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

1:21-cv-01772-CM

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-four.

Before:    Alison J. Nathan,
           *Circuit Judge*.

_____

Securities and Exchange Commission,

      Plaintiff - Appellee,

v.

Kalistratos Kabilafkas, AKA Kelly Kabilafkas, AKA Mark McKinney, Airborne Wireless Network, Jack Edward Daniels,

      Defendants - Appellants,

Timoleon Kabilafkas, in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July 24, 2001, AKA Tim Kabilafkas, Magdaline Kabilafkas, in her capacity as trustee of the Magdaline Kabilafkas 1989 Trust Dated May 27, 1989, agent of Magdaline Kabilafkas Revocable Trust,

      Relief-Defendants-Appellants.

_____

**ORDER**

Docket Nos. 23-1285(L),
            23-1288(Con),
           23-1326(Con),
           23-1327(Con),
           23-1333(Con),
           24-3191(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED   3/6/2025

Appellant Jack Edward Daniels, the Appellant in docket number 23-1326, moves to hold his appeal in abeyance until final judgment is entered as to him in the district court.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant Daniels is directed to file stay status update letters in 30-day intervals, beginning 30 days from the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/06/2025