**MANDATE**

1:21-cv-01772-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 23, 2025

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25TH day of March, two thousand and twenty-five,

Securities and Exchange Commission,

    Plaintiff-Appellee,

**ORDER**
Docket Number: 23-1327

v.

Airborne Wireless Network,

    Defendant-Appellant.

A notice of appeal was filed on September 25, 2023. Appellant's Form C was due October 9, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 8, 2025, if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/23/2025