**FORD
O'BRIEN
LANDY** LLP

January 13, 2026

**By EFC**

The Honorable Colleen McMahon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    ***Securities and Exchange Commission v. Airborne Wireless Network,
Case No. 21-cv-01772 (S.D.N.Y.): Letter Motion to Seal***

Dear Judge McMahon:

We represent Defendants Kalistratos Kabilafkas and Timoleon Kabilafkas, as well as
Timoleon Kabilafkas (in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July
24, 2001) and Magdaline Kabilafkas (in her capacity as trustee of the Magdaline Kabilafkas 1989
Trust Dated May 27, 1989) (collectively, the "Defendants").

Earlier today, the Defendants moved pursuant to Rules 60(b)(2) and 62.1(a)(3) of the
Federal Rules of Civil Procedure for an indicative ruling from this Court stating that it would grant
relief from its judgment in favor of the Plaintiff, the Securities and Exchange Commission (the
"SEC") (the "Motion"). As part of the Motion, the Defendants filed three exhibits under seal (the
"Motion Exhibits").

Although the public has a presumptive right of access to judicial documents, that
presumption is rebuttable if the court finds that sealing "is essential to preserve higher values and
is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110,
120 (2d Cir. 2006) (internal quotation mark omitted). Here, two of the Motion Exhibits (Exhibits
A and B) are materials that are subject to a protective order pursuant to Rule 502(d) of the Federal
Rules of Evidence issued by the Honorable Mónica Ramirez Almadani of the United States District
Court for the Central District of California on July 31, 2025 (*United States v. Kabilafkas*, 24-cr-
240 (the "DOJ Proceeding"), ECF 152) (the "502(d) Order"). In order to ensure that the
Defendants do not violate the 502(d) Order, which restricts public use of information obtained
from the SEC, this Court should permit the Motion Exhibits to be filed under seal.

Further, the third Motion Exhibit (Exhibit C) contains information that constitutes
Sensitive Personal Information (as defined in the protective order in this case, filed under ECF No.
143) and PII Materials (as defined in the protective order filed in the DOJ Proceeding, filed under
ECF No. 63). Although the Defendants are filing a redacted version of Exhibit C publicly, this
Court should permit the Defendants to file the unredacted version of Exhibit C under seal to
prevent the disclosure of Sensitive Personal Information and PII Materials.

2

The Honorable Colleen McMahon

Respectfully submitted,

/s/ Matthew A. Ford
Matthew A. Ford

*Counsel for the Defendants*

MATTHEW AARON FORD     |   NEW YORK · AUSTIN · MIAMI   |   P: 512.503.6388   |   fordobrien.com