FORD
O'BRIEN
LANDY LLP




February 24, 2026

3/2/2026
Motion to seal identity of whistleblower is GRANTED

**By EFC**
The Honorable Colleen McMahon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Securities and Exchange Commission v. Airborne Wireless Network*, Case No. 21-cv-01772 (S.D.N.Y.): Letter Motion to Seal**

Dear Judge McMahon:

We represent Defendants Kalistratos Kabilafkas and Timoleon Kabilafkas, as well as Timoleon Kabilafkas (in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July 24, 2001) and Magdaline Kabilafkas (in her capacity as trustee of the Magdaline Kabilafkas 1989 Trust Dated May 27, 1989) (collectively, the "Defendants").

Earlier today, the Defendants filed their Reply Memorandum of Law in Further Support of the Motion for an Indicative Ruling Pursuant to Rules 60(B)(2) and 62.1 (the "Reply"). As part of that Reply, the Defendants referred to a witness who identified himself as an SEC whistleblower (the "so-called Whistleblower").

Based on prior requests from the SEC that the so-called Whistleblower not be identified in public court documents (ECF 303 and 305), we respectfully request that the Court seal portions of the Reply identifying the so-called Whistleblower, as it has done previously. (ECF 309). Although the public has a presumptive right of access to judicial documents, that presumption is rebuttable if the court finds that sealing "is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Contemporaneously with this motion, the Defendants have filed a redacted version of the Reply on the public docket, which redacts the identity of the so-called Whistleblower. The redactions are narrowly tailored to be consistent with the strong presumption in favor of public access to judicial documents.

Respectfully submitted,

*/s/ Matthew A. Ford*
Matthew A. Ford

*Counsel for the Defendants*