**FORD
O'BRIEN
LANDY** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2026

January 15, 2026

**By ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Securities and Exchange Commission v. Airborne Wireless Network,*
       *Case No. 21-cv-01772 (S.D.N.Y.):* **Letter Motion to Seal**

Dear Judge McMahon:

We represent Defendants Kalistratos Kabilafkas and Timoleon Kabilafkas, as well as
Timoleon Kabilafkas (in his capacity as trustee of the Tim Kabilafkas Revocable Trust Dated July
24, 2001) and Magdaline Kabilafkas (in her capacity as trustee of the Magdaline Kabilafkas 1989
Trust Dated May 27, 1989) (collectively, the "Defendants"). We file this letter motion for the
Court to place the documents filed under ECF Nos. 296-1 (a memorandum of law) and 296-2 (a
declaration) under seal.

Although the public has a presumptive right of access to judicial documents, that
presumption is rebuttable if the court finds that sealing "is essential to preserve higher values and
is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110,
120 (2d Cir. 2006) (internal quotation mark omitted). The Securities and Exchange Commission
("SEC") has designated these materials as sensitive and requested that we file them under seal:
ECF Nos. 296-1 and 296-2.

Contemporaneously with this letter, we are filing redacted versions of the documents filed
under ECF Nos. 296-1 and 296-2 with redactions that are narrowly tailored to be consistent with
the strong presumption in favor of public access to judicial documents.

We met and conferred with the SEC and they do not oppose the relief sought in this letter
motion.

Respectfully submitted,

___/s/ Matthew A. Ford_____
Matthew A. Ford

*Counsel for the Defendants*