

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2026

April 10, 2026

*handwritten:* 4/13/2026 There is no need for this letter in light of the motion at Dkt #303 The motion is DENIED. *(signature)*

Via ECF

The Honorable Colleen McMahon
United States District Judge
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Securities and Exchange Commission v. Airborne Wireless Network, et al.,*
      21-cv-01772-CM (S.D.N.Y.)

Dear Judge McMahon:

Plaintiff Securities and Exchange Commission ("SEC") writes in response to the Court's April 8, 2026 Order, ECF No. 317. The SEC initially requested that information tending to identify a witness as a whistleblower be kept under seal, *see* ECF Nos. 303, 305, 309. The SEC's position was also informed by the Federal Rule of Evidence 502(d) Order entered by the Court in the parallel criminal proceeding, *United States v. Kabilafkas,* No. 2:24-cr-270 (C.D. Cal.), pursuant to which the subject materials, including the Whistleblower Report[1] and SEC attorney interview notes, were produced. *See* ECF No. 305. However, in light of the Court's April 8, 2026 Order, and given the specific facts and circumstances here – including the extent to which whistleblower-identifying information has already been made public – the SEC defers to the Court's discretion as to whether such information should remain under seal, and will not object should the Court allow that information to become public.

---

[1] In response to a question raised in the Court's April 7, 2026 Order (ECF No. 316, at 2), the SEC filed the Whistleblower Report under seal on February 3, 2026, and filed a redacted public version the same day, *see* ECF No. 304-6.

Hon. Colleen McMahon
April 10, 2026
Page 2

Respectfully submitted,

*/s/ Nicholas Margida*

Nicholas Margida
Daniel Maher
U.S. Securities and Exchange Commission
Division of Enforcement
(202) 551-8504 (Margida)
(202) 551-4737 (Maher)
MargidaN@sec.gov
MaherD@sec.gov

*Counsel for Plaintiff SEC*