UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

x

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

AIRBORNE WIRELESS NETWORK, et. al.,

Defendants.

-and-

TIMOLEON KABILAFKAS, in his capacity as trustee of the TIM KABILAFKAS REVOCABLE TRUST DATED JULY 24, 2001, AND MAGDALINE KABILAFKAS, in her capacity as trustee of the MAGDALINE KABILAFKAS 1989 TRUST DATED MAY 27, 1989 (also known as the Magdaline Kabilafkas Revocable Trust),

Relief Defendants.

x

21-cv-1772 (CM)

**ORDER**

This case remains on the Court's suspense calendar for the reasons stated in the Court's April 7, 2026 Order. *See* Dkt. No. 316. The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 296 as a pending motion. This termination is without prejudice to Defendants' requesting that the case be restored to the active docket and renewing the unresolved portion of the motion in accordance with Dkt. No. 316.

**SO ORDERED.**

Dated: August 10, 2026
New York, New York

U.S.D.J.